1  MICHAEL COSENTINO State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501

3
   Telephone: (510) 523-4702
4  Facsimile: (510) 747-1640

5  Attorney for Plaintiff
   United States of America
6

7                    IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,           )
                                        )      Case No. CV13-1996 SLM
11                         Plaintiff,   )
                                        )
12                  v.                  )
                                        )
13 Jean Talleyrand aka Jean L. Talleyrand,)
                                        )      **WRIT OF CONTINUING
14                         Defendant,   )      GARNISHMENT**
                                        )
15                  and                 )
                                        )
16 Medicann, Inc.,                      )
                                        )
17                         Garnishee.   )
                                        )
18 ─────────────────────────────────── )

19 TO:    Payroll Department
          Medicann, Inc.
20        23160 Hulbert Road
          Oakland, CA 94612
21

22        YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

23 THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

24 YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

25 JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

26        The name and last known address of the person who is the defendant-

27 judgment debtor (hereinafter "debtor") in this action and whose property is subject to

28 this Writ are as follows:

1      Jean Talleyrand aka Jean L. Talleyrand
2      442 B Bush St.
         Ukaih, CA 95482

3      This Writ has been issued at the request of the United States of America to

4 enforce the collection of a civil judgment entered in favor of the United States against

5 the debtor for a defaulted student loan in the amount of $89,370.02. There is a

6 balance of $87,524.68 due on the judgment, which amount includes costs and interest

7 computed through 10/04/13.

8      The following are the steps that you must take to comply with this Writ. If you

9 have any questions, you should consult with your attorney.

10      1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

11 or possession any property of the debtor, including wages, salary, or commissions, in

12 which the debtor has a substantial nonexempt interest, or if you obtain custody,

13 control, or possession of such property while this Writ is in effect, you must

14 immediately withhold such property from the debtor and retain it in your possession

15 until you receive instructions from the Court which will tell you what to do with the

16 property. The United States has requested that the sum of 25% of the debtor's

17 disposable earnings, which under California law represents the nonexempt portion of

18 the debtor's earnings, be withheld from the defendant's earnings.

19      2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

20 within 10 days after service of this Writ upon you. You must answer the Writ even if

21 you do not have in your custody, control, or possession any property of the debtor.

22 Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

23 information:

24      a.     Whether or not you have in your custody, control, or possession, any

25             property owned by the debtor in which the debtor has a substantial

26             nonexempt interest, including nonexempt, disposable earnings;

27      b.     a description of such property and the value of such property;

28

1      c.     a description of any previous garnishments to which such property is

2             subject and the extent to which any remaining property is not exempt;

3             and

4      d.     the amount of the funds you anticipate owing to the debtor in the future

5             and whether the period for payment will be weekly or another specified

6             period.

7 For your convenience, a form which addresses the above-requested information is

8 attached and may be used to Answer the Writ.

9      3. After you complete the answer under oath, pursuant to 28 U.S.C. §

10 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

11 must mail or deliver the original Answer bearing the original signature of the person

12 preparing the answer to the Court at the following address:

13           Civil Clerk, United States District Court
          450 Golden Gate Avenue, 16th Floor
14           San Francisco, CA 94102

15 At the same time that you mail or deliver the original answer to the Court, you must

16 also mail or deliver a copy of the original Answer to both the debtor and attorney for

17 the United States at the following respective addresses:

18           Jean Talleyrand aka Jean L. Talleyrand
          442 B Bush St.
19           Ukaih, CA 95482

20           Michael Cosentino, Attorney at Law
          P.O. Box 129
21           Alameda, CA 94501

22 Please note that the attached form Answer contains a certificate of service which

23 needs to be completed by the person mailing the copies of the answer to the debtor

24 and the attorney for the United States, and which needs to be filed along with the

25 Answer.

26

27

28

Writ of Continuing Garnishment cand CV13-1996 SLM         3

1  IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN

2  ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE

3  COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO

4  ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH

5  THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO

6  APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY

7  WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR

8  THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY

9  (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO

10 AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND

11 AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED

12 HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO

13 APPEAR.

14
   RICHARD W. WIEKING, Clerk
15 United States District Court
   for the Northern District of California
16
17 Dated: _10/11/2013_                    By: _____
                                              Deputy Clerk    MARK ROMYN
18

19

20

21

22

23

24

25

26

27

28

1 | DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

2 |     1. Earnings include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement.
3 | Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.
4 |

5 |     2. Disposable earnings are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law requires an employer to withhold as mandatory deductions. Generally, these mandatory
6 | deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to public employee retirement systems.
7 | Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.
8 |

9 |     To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

10 | USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

[1] Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

Writ of Continuing Garnishment cand CV13-1996 SLM        5

1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,              )
                                          )   Case No. CV13-1996 SLM
12                        Plaintiff,      )
                                          )
13              v.                        )
                                          )
14 Jean Talleyrand aka Jean L. Talleyrand,)
                                          )
15                        Defendant,      )
                                          )
16                        and             )
                                          )   **ANSWER OF GARNISHEE**
17 Medicann, Inc.,                        )
                                          )
18                        Garnishee.      )
                                          )
19 _____
20       I, _____, being first duly sworn, hereby state the following:

21       1. I am the _____ (Official Title) of the Garnishee

22 named in the above caption. I am authorized to prepare this Answer on behalf of the

23 Garnishee.

24       2. The Garnishee was served with the Writ of Continuing Garnishment on

25 _____ (date) in this action.

26       3. The Garnishee currently has custody, control, or possession of earnings of

27 the Defendant. Yes_____ No_____

28       4. The Garnishee expects to obtain custody, control, or possession of earnings

1  of the Defendant in the foreseeable future.  Yes_____  No____

2  5. For the pay period in effect on the date of service of this Writ of Continuing

3  Garnishment, the Garnishee states as follows:

4      a.    Defendant was in my/our employ.  Yes_____  No____

5      b.    The Defendant's pay period is _____ weekly, _____ bi-weekly,

6            _____ semi-monthly, _____ monthly.

7      c.    The Defendant's present pay period began on _____ (date).
            ("Present" means the pay period in which the Writ of Continuing
8            Garnishment was served.)

9      d.    The Defendant's present pay period ends on _____ (date).

10     e.    The Defendant's net wages are as calculated below:

11               (1) Gross Pay                 $_____

12               (2) Federal income tax   $_____

13               (3) F.I.C.A. tax          $_____

14               (4) State income tax     $_____

15               (5) SDI               $_____

16                      Total tax withholdings   $_____

17
              Net Wages                   $_____
18             (gross pay minus above withheld taxes)

19    6. Are there any other garnishments currently in effect?  Yes _____  No ____

20  If the answers is yes, describe below and attach to this Answer a copy of each

21  garnishment:

22

23  _____

24  _____

25  _____
    7. Will the Garnishee owe the Defendant money in the foreseeable future?
26
  Yes _____ No____  If the answer is yes, provide the reason why such money will be
27
  owed, the amount of money that will be owed, and the date or dates on which each
28

1 | payment will be due:

2
3 | Type of Payment                          Amount                Date Payment Will be Due

4 | 1._____    _____    _____

5 | 2._____    _____    _____

6 | 3._____    _____    _____

7 |     8. Does the Garnishee currently have custody, control or possession of property

8 | (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the

9 | Defendant maintains an interest? Yes_____ No_____ If the answer is yes, then

10 | provide the following information for each item of such property:

11
12 | Description of Property              Approximate Value          Description of Defendant's Interest

13 | 1._____    _____    _____

14 | 2._____    _____    _____

15 | 3._____    _____    _____

16 | 4._____    _____    _____

17 |     9. Does the Garnishee expect to obtain in the foreseeable future custody,

18 | control or possession of property (other than earnings) such as bank accounts,

19 | pensions, thrift plans, etc., in which the Defendant maintains an interest? Yes_____

20 | No_____ If the answer is yes, then provide the following information for each item of

21 | such property:

22
23 | Description of Property   Approximate Value   Description of Defendant's Interest   Date Will Obtain Property

24 | 1. _____    _____    _____    _____

25 | 2. _____    _____    _____    _____

26 | 3. _____    _____    _____    _____

27 | 4. _____    _____    _____    _____

28

3

1    10. Does the Garnishee have any objections or defenses to the Writ of

2  Continuing Garnishment?  Yes_____  No_____  If the answer is yes, list the nature

3  and basis of each objection and/or defense:

4  _____

5  _____

6  _____

7  _____

8  _____

9    On behalf of Medicann, Inc., I hereby certify under penalty of perjury under the

10  laws of the United States of America that the foregoing is true and correct.

11

12  Dated: _____          By: _____

13                                    (Sign above and type or print name
                                       below)
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1    <u>CERTIFICATE OF SERVICE</u>

2    I, _____, declare:

3    That I am a citizen of the United States and employed in the County of

4    _____, California; that my business address is

5    _____; that I am

6    over the age of eighteen years; and that I am not a party to the above-entitled action;

7    That on _____ (date), I deposited in the United States mail, in

8    envelopes bearing the requisite postage, a copy of:

9    **ANSWER OF GARNISHEE**

10   addressed to each of the following, at their last known addresses, at which place

11   there is service by United States mail.

12   Jean Talleyrand aka Jean L. Talleyrand
     442 B Bush St.
13   Ukaih, CA 95482

14   Michael Cosentino
     Attorney at Law
15   P.O. Box 129
     Alameda, CA 94501
16

17   This Certificate was executed on _____ (date),

18   at _____ (city), California.

19   I certify under penalty of perjury that the foregoing is true and correct.

20

21   _____

22                                    (sign above and type or print name
                                      below)
23

24

25

26

27

28